FILED

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

2011 SEP 21  AM 10: 35

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES OF AMERICA

v.

GREGORY GOELLETT HODGE, JR.

CASE NO. 3:11-cr-239-J-37JRK
Ct. 1:      18 U.S.C. § 1591
Forfeiture: 18 U.S.C. § 1594

## INDICTMENT

The Grand Jury charges:

### COUNT ONE

Between on or about July 14, 2011, and on or about August 19, 2011, in Duval County, in the Middle District of Florida,

GREGORY GOELLETT HODGE,

the defendant herein, in and affecting interstate commerce did knowingly recruit, entice, harbor, transport, provide, obtain and maintain by any means a person, that is A. B., while knowing and in reckless disregard of the fact that means of force, threats of force, fraud and coercion would be used to cause A.B. to engage in a commercial sex act; and while knowing and in reckless disregard of the fact that A.B. had not attained the age of eighteen (18) years and would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Section 1591.

### FORFEITURE

1.  The allegations contained in Count One of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 1594.

2. Pursuant to Title 18, United States Code, Section 1594, upon conviction of an offense in violation of Title 18, United States Code, Section 1591, the defendant, GREGORY GOELLETT HODGE, shall forfeit to the United States of America (1) any property, real or personal, used or intended to be used to commit or to facilitate the commission of the offense; and (2) any property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense.

3. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property

pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL,

_____
Foreperson

ROBERT E. O'NEILL
United States Attorney

By: _____
MAC D. HEAVENER, III
Assistant United States Attorney
Deputy Chief, Jacksonville Division

By: _____
JULIE HACKENBERRY SAVELL
Assistant United States Attorney
Chief, Jacksonville Division

3

FORM OBD-34
APR 1991

No. 2011-02

# UNITED STATES DISTRICT COURT

Middle District of Florida
Jacksonville Division

THE UNITED STATES OF AMERICA

vs.

GREGORY GOELLETT HODGE, JR.

## INDICTMENT

Violations:

Ct. 1:   18 U.S.C. § 1591

A true bill,

*M. W. Halloran*
Foreperson

Filed in open court this 21st day of September, 2011.

*[signature]*
Clerk

Bail $ _____

GPO 883 525